IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

> Dismissal with prejudice as to Deft TransUnion LLC ONLY acknowledged [16].
> JMS, DJ 1/25/24
> Distribution via ECF

| | |
|---|---|
| Rogena Vukusich,<br><br>    Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>    Defendants. | No. 2:23-cv-00530-JMS-MG<br><br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT TRANSUNION, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant TransUnion, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against remaining Defendants remain pending.

Dated:   January 24, 2024

/s/ Joseph Panvini
Joseph Panvini
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
joe.panvini@mccarthylawyer.com
Attorney for Plaintiff