IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

> Dismissal as to Deft Equifax Information Services, LLC ONLY acknowledged [20].
> JMS, DJ 2/20/24
> Distribution via ECF

| | |
|---|---|
| Rogena Vukusich,<br><br>　　　Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>　　　Defendants. | No. 2:23-cv-00530-JMS-MG<br><br>NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Equifax Information Services, LLC. may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Experian Information Solutions, Inc. and Wells Fargo Bank N.A. remain pending.

　　　Dated:　　February 16, 2024

　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph Panvini
　　　　　　　　　　　　　　　　　　　　　　Joseph Panvini
　　　　　　　　　　　　　　　　　　　　　　McCarthy Law, PLC
　　　　　　　　　　　　　　　　　　　　　　4250 North Drinkwater Blvd, Suite 320
　　　　　　　　　　　　　　　　　　　　　　Scottsdale, AZ  85251
　　　　　　　　　　　　　　　　　　　　　　Telephone: (602) 456-8900
　　　　　　　　　　　　　　　　　　　　　　Fax: (602) 218-4447
　　　　　　　　　　　　　　　　　　　　　　joe.panvini@mccarthylawyer.com
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff