IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

> Dismissal with prejudice acknowledged [22]. The Clerk is directed to close the case. JMS, DJ 2/26/24
> Distribution via ECF

| | |
|---|---|
| Rogena Vukusich,<br><br>　　　Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>　　　Defendants. | No. 2:23-cv-00530-JMS-MG<br><br><br>**NOTICE OF DISMISSAL AS TO DEFENDANTS WELLS FARGO BANK, N.A. AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendants Wells Fargo Bank, N.A. and Experian Information Solutions, Inc. may be dismissed with prejudice, with the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Dated:　　February 23, 2024

/s/ Joseph Panvini
Joseph Panvini
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
joe.panvini@mccarthylawyer.com
Attorney for Plaintiff